**Order entered August 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00502-CV

**SHAMELYA ETIER, Appellant**

**V.**

**STAMPES, LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02004-D**

## ORDER

Before the Court is the August 1, 2019 request of Coral Wahlen, Official Court Reporter for County Court at Law No. 4, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **September 3, 2019**.

/s/    BILL WHITEHILL
       JUSTICE